**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

------------------------------------- x
Haron Cole,                          :  Case no. 1:25-cv-10992
                                     :
        Plaintiffs,      :
                                     :
        v.               :
                                     :
Tackle Express, Inc.,                :
                                     :
        Defendant.       :
                                     :
                                     :
                                     :
------------------------------------- x

## DEFAULT JUDGMENT ORDER

THIS CAUSE coming to be heard for Plaintiff's Motion for Entry of Default Judgment, Plaintiff Haron Cole appearing by and through his attorney David B. Reyes of Equal Access Law Group PLLC, Defendant having failed to appear, plead, or otherwise defend, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Entry of Default Judgment is GRANTED.

2. The Court declares that Defendant's website, https://tackleexpress.com, violates Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182, by denying blind and visually impaired individuals equal access to the goods and services offered through the website.

3. Within one hundred eighty (180) days of the entry of this Order, Defendant shall implement corrective measures to ensure that its website is accessible to blind and visually impaired users who rely on screen-reading technology and keyboard navigation, including but not limited to:

   a. Provide accurate and descriptive alternative text for all meaningful images;

   b. Ensure that all interactive elements and form controls are properly labeled and programmatically associated with their corresponding labels;

   c. Ensure that all website functionality is fully operable using keyboard-only navigation;

   d. Correct ambiguous, missing, or non-descriptive link text so that links clearly convey their purpose;

   e. Ensure that navigation menus and drop-down menus announce their state (expanded or collapsed) and allow proper keyboard focus;

   f. Ensure that all interactive elements properly announce their role, state, and function to assistive technologies;

   g. Ensure that focus order follows a logical and meaningful sequence when navigating the website;

   h. Ensure that users are able to navigate, browse products, and complete purchases using screen-reading software.

4. Within one hundred eighty (180) days of entry of this Order, Defendant shall file with the Court a sworn certification, executed by an officer or authorized representative under penalty of perjury, attesting that the corrective actions required by this Order have been implemented.

The Court retains jurisdiction to enforce the terms of this Order.

**IT IS SO ORDERED.**

Dated: Chicago, Illinois

3/5/2026

Hon. Virginia M. Kendall, Chief Judge

8